**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

PETRY HERNANDEZ-GRANADOS,

Petitioner,

v.

FERETI SEMAIA, et al.,

Respondents.

Case No. 5:26-CV-05837-CTS

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus filed October 7, 2026 (ECF No. 5), IT IS ADJUDGED that the Petition is granted.

DATED: October 8, 2026

CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE